# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REAPPOINTMENT TO MINOR   :   NO. 388
                                           :

COURT RULES COMMITTEE           :   MAGISTERIAL DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 20th day of July, 2015, Magisterial District Judge Isaac H. Stoltzfus, Lancaster County, is hereby reappointed as a member of the Minor Court Rules Committee for a term for three years commencing August 9, 2015.